Arrest on Out-of-District Offense

# UNITED STATES DISTRICT COURT

*2008 APR 21 PM 1: 47*

## SOUTHERN DISTRICT OF CALIFORNIA

### ARREST ON OUT-OF-DISTRICT OFFENSE

BY _____ *YWH*

Magistrate Case Number: **'08 MJ 1224**

The person charged as _CLEMENT, Christine M._ now appears before this United States

District Court for an initial appearance as a result of the following charges having been filed in the United States

District Court for the _Central_ District of _California_

with _Violation of the conditions of her supervision imposed by the court._ , in

violation of _____
Title 18 USC 3583 (e)(3)

_____

The charging documents and the warrant of the arrest of the defendant which was issued by the above

United States District Court are attached hereto.

I hereby swear under penalty of perjury that the foregoing is true and correct to the best of my

knowledge, information and belief.

DATED: _4/21/08_ .

_Thomas Maranda_
(Name)
Deputy United States Marshal

Reviewed and Approved:

Dated: _21 April 2008_

_____
Assistant United States Attorney

bym

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| United States of America, | '06  JUN 16  P 3:52 | CASE NUMBER: |
|---|---|---|
| Plaintiff(s) | | CR04-00713-DT |
| v. | | |
| CHRISTINE M. CLEMENT | | |
| | | **WARRANT FOR ARREST** |
| Defendant(s) | | |

TO:    UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER

**YOU ARE HEREBY COMMANDED** to arrest _____ CHRISTINE M. CLEMENT _____
and bring him/her forthwith to the nearest Magistrate Judge to answer a(n): ☐ Complaint ☐ Indictment
☐ Information    ☐ Order of Court    ☒ Violation Petition    ☐ Violation Notice
charging him/her with: (ENTER DESCRIPTION OF OFFENSE BELOW)

in violation of Title ___18___ United States Code, Section(s) 3583(e)(3)

| Sherri R. Carter | |
|---|---|
| NAME OF ISSUING OFFICER | |
| Clerk of Court | June 14, 2006 L.A. CALIF. |
| TITLE OF ISSUING OFFICER | DATE AND LOCATION OF ISSUANCE |
| Derrick Martin | BY: _____ TEVRIZIAN |
| SIGNATURE OF DEPUTY CLERK | NAME OF JUDICIAL OFFICER |

## RETURN

THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE-NAMED DEFENDANT AT (LOCATION):

DATE RECEIVED

DATE OF ARREST

NAME OF ARRESTING OFFICER

TITLE

DESCRIPTIVE INFORMATION FOR DEFENDANT
CONTAINED ON PAGE TWO

SIGNATURE OF ARRESTING OFFICER

CR-12 (07/04)    **WARRANT FOR ARREST**

PROB 12
(Rev. 11/04)



# United States District Court

for

CENTRAL DISTRICT OF CALIFORNIA

U.S.A. VS. CHRISTINE M. CLEMENT

Docket No. CR04-00713-DT

### Petition on Probation and Supervised Release (Bench Warrant)

COMES NOW LORETTA S. MARTIN, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of <u>CHRISTINE M. CLEMENT</u> who was placed on supervision by the Honorable <u>SCOTT O. WRIGHT</u> sitting in the Court at <u>Kansas City</u>, Missouri, on the 7th day of <u>July, 2000</u>, who fixed the period of supervision at <u>three years</u>, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows: **Jurisdiction was transferred to the Central District of California on June 8, 2004**.

(SEE ATTACHED COPY/COPIES OF JUDGMENT AND PROBATIONARY ORDER/ORDERS.)

## RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

**(If short insert here; if lengthy write on separate sheet and attach.)**

It is alleged that the above-name supervised releasee has violated the terms and conditions of supervision to wit:

Having been instructed by the Probation Officer to submit written monthly reports within the first five days of each month, Christine M. Clement failed to submit written monthly reports for the months of February, March, April, and May of 2006.

Having been ordered by the Court to submit to substance abuse testing as directed by the Probation Officer, Christine M. Clement failed to appear for testing on February 12, and 22, 2006; March 21, 2006; May 10, 16, 19, 22, 26 and 29, 2006; and June 5, 2006.

Having been ordered by the Court to notify the Probation Officer within 72 hours of any change in residence or employment, on or before February 28, 2006, Christine M. Clement absconded from supervision and her whereabouts are unknown.

## PRAYING THAT THE COURT WILL ORDER insurance of a bench warrant addressed to any United States Marshal or any other authorized officer within the United States of America, requiring the detention and return of Christine M. Clement before the United States District court at Los Angeles, California, to show cause why the supervision order, heretofore entered, should not be revoked.

ORDER OF COURT

Considered and ordered this 14th day of June, 2006 and ordered filed and made a part of the records in the above case. DICKRAN TEVRIZIAN

_____
Senior U. S. District Judge
DICKRAN M. TEVRIZIAN, JR.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on June 9, 2006

_____
RONALD C. CHAPMAN
U. S. Probation Officer

Place Studio City