# Minutes of the United States District Court
## Southern District of California
### MAY 8, 2008

| HON. JAN M. ADLER | DEPUTY CLERK: R. RHONE |
|---|---|

TAPE NO. JMA08-01- 9:18-9:21

| 08MJ1224-JMA | USA | vs. | CHRISTINE M. CLEMENT - 17008112 - (C) |
|---|---|---|---|
| REMOVAL/ID HRG | | | WILLIAM BURGENER, CJA |
| | | | AUSA: TARA MCGRATH |

DFT ADMITS IDENTITY

WAIVER OF HRG FILED

ORDER OF REMOVAL FILED

3 MINUTES