RECEIVED

2008 MAY 14 AM 9:02

COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
W. Samuel Hamrick, Jr.
Clerk of Court

# UNITED STATES DISTRICT COURT
Southern District Of California
Office Of The Clerk
880 Front Street, Room 4290
San Diego, California 92101-8900
Phone: (619) 557-5600
Fax: (619) 702-9900

08 MAY 22 PM 3:30

BY: _____ DEPUTY

May 8, 2008

Clerk, U.S. District Court
Central District of California (Los Angeles)
255 East Temple Street
Los Angeles, CA 90012

Re:   08MJ1224-JMA, USA v Christine M Clement

Dear Clerk of the Court:

Enclosed please find copies of the following documents in connection with removal proceedings conducted in this District regarding the above named defendant:

| | | | |
|---|---|---|---|
| x | Docket Sheet | x | Warrant of Removal |
| x | Complaint | | Order of Removal |
| | Minute Order Appointing Counsel | | Detention Order |
| | Corporate Surety Bond | x | Waiver of Removal |
| | Personal Surety Bond | | |
| | Other | | |

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,

W. Samuel Hamrick, Jr.
Clerk of Court

By: s/L Odierno
    Deputy Clerk